**DOAR RIECK KALEY & MACK**
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com
website: www.doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619·3730
FACSIMILE: (212) 962-5037

November 16, 2026

**<u>Via ECF Filing</u>**
The Honorable Katherine Polk Failla
United State District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Rachard Lindo*
<u>Docket # 26 Cr. 262 (KPF)</u>

Dear Judge Failla:

I was appointed to represent Rachard Lindo in the above-referenced matter. I write to request a modification to Mr. Lindo's conditions of pre-trial release to permit travel out-of-state to visit family over the Thanksgiving holiday.

Mr. Lindo was arrested on August 31, 2026 and charged in the instant indictment. At the time of presentment, the parties agreed on conditions of release, to wit: *inter alia*, a $50,000 PRB co-signed by two financially responsible parties, home detention with an ability to work, location monitoring technology as directed by Pre-trial Services ("PTS") and the usual travel restrictions, drug testing and mental health evaluations as directed by PTS, travel restricted to the S.D.N.Y. and E.D.N.Y. and defendant to be detained until all conditions are satisfied. All conditions were satisfied and Mr. Lindo was released. Thereafter, by order dated October 22, 2026, the Court modified Mr. Lindo's conditions of release to eliminate home detention and instead to impose a curfew enforced by location monitoring with technology and hours at the discretion of Pretrial Services.

The bail modification being requested herein is to permit Mr. Lindo to travel to Port Royal, South Carolina to spend the Thanksgiving holidays at the home of his ex-wife, Chantel Brown (one of Mr. Lindo's bond signers) and their children. If this application is granted, Mr.

Lindo would leave his residence in New York on November 19, 2026 and return from South Carolina on or before November 30, 2026. Mr. Lindo will advise Pretrial Services of his exact itinerary and the address of Ms. Brown's home where he will be staying if this request is granted.

I have advised both Mr. Lindo's Pretrial Officer, Ms. Evelyn Alvayero, and the Government of my intention to file this request. Pretrial has advised me that as a policy matter, Pretrial does not consent to out-of-state travel for defendants on curfew and location monitoring, but Ms. Alvayero did authorize me to represent to the Court that Mr. Lindo has been in full compliance with the conditions of his release. AUSA Ariana Bloom has advised me that the Government takes no position on this travel request.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/
John F. Kaley

cc: All counsel via ECF Filing and email
Pretrial Officer Evelyn Alvayero via email

Application GRANTED. In light of Mr. Lindo's compliance with his conditions of release, and the lack of opposition from the Government, Mr. Lindo's application is GRANTED. As such, Mr. Lindo's bail is hereby MODIFIED to permit travel out-of-state to Port Royal, South Carolina to spend Thanksgiving with his family from November 19, 2026, to November 30, 2026, at the discretion of Pretrial Services.

The Clerk of Court is directed to terminate the pending motion at docket entry 59.

Dated: November 16, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE